**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Donald Leroy SHOUEY, Jr., Petitioner**

No. 798 MAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Dwayne GRAY, Petitioner**

v.

**Allen HUNTZINGER and Central Parking Systems, Inc.,**
**Respondent**

No. 516 EAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Bruce X. COOPER, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS, Randall Britton, Dorina Varner, Joel Keller, and Brian Corbin, Respondent**

No. 824 MAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**